UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THADDEUS M. O'BRIEN,

    Plaintiff,

v.                                                  Case No.: 8:25-cv-389-LSG

WELLS FARGO BANK, N.A.,

    Defendant,
_____/

WELLS FARGO BANK, N.A.,

    Counter/Third-Party Plaintiff,

v.

THADDEUS M. O'BRIEN, and
FEDERAL EMERGENCY
MANAGEMENT AGENCY,

    Counter/Third-Party Defendants,
_____/

FEDERAL EMERGENCY
MANAGEMENT AGENCY,

    Cross/Counter-Plaintiff,

v.

THADDEUS M. O'BRIEN and
WELLS FARGO BANK, N.A.,

    Cross/Counter-Defendants.
_____/

**<u>ORDER</u>**

    The Federal Emergency Management Agency moves unopposed, Doc. 53, to

1

modify the order approving the parties' settlement agreement. For the reasons stated by FEMA, the motion is **GRANTED**. The Clerk must disburse the remaining money in the court registry ($26,650.12), plus accrued interest, to FEMA by ACH or wire transfer using the following information:

    a. Entry Detail Information (Return of FEMA Individual Assistance funds as stipulated in *O'Brien v. Wells Fargo v. FEMA*)

    b. Receiving Company ABA: 0510-3670-6

    c. Account Number: 540048

    d. Amount: $26,650.12, plus accrued interest

    e. Ind. Identification No.: 633330421

    f. Individual Name: Michael Moran

**ORDERED** in Tampa, Florida, on this 26th day of November, 2025.

_____
LINDSAY S. GRIFFIN
United States Magistrate Judge